UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FREDERICK BANKS,

                  Plaintiff,

v.

ADRIAN ROE, et al.,

                  Defendants.

No. 3:17-CV-05555-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation [Dkt. #3].

(2)     Venue is improper and Plaintiff's claims are **DISMISSED** without prejudice.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 11th day of September, 2017.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1